UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUIS DOMENICH, et al.,                           :
                                                 :
                    Plaintiffs,                  :    19 Civ. 8353 (PAE) (GWG)
                                                 :
         -v.-                                    :    ORDER
                                                 :
KEYSTONE MANAGEMENT, INC., et al.,               :
                                                 :
                    Defendants.                  :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

With regard to the application made in Docket # 20, the Court has considered the defendant's response and concludes that no further action is warranted at this time.

        SO ORDERED.

Dated: March 23, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge