# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

November 3, 2020

**MOTION FOR EXTENTION**

**VIA ECF**

Honorable Paul A. Engelmayer
United States Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Domenich et. al. v. Keystone Management, et. al.*
Case No. 19 Civ. 8353 (PAE)(GWG)

Dear Judge Engelmayer,

Pursuant to Rules 1(A) and 1(E) of Your Honor's Individual Motion Practices, this letter respectfully serves as plaintiffs' request to extend the filing deadline of the parties' Joint Pretrial Order. The current deadline is November 5, 2020 [Docket 25] and the requested new filing deadline date is November 13, 2020.

The reason for the extension is defendants recently served an offer of judgment pursuant to Rule 68, and plaintiffs are considering same.

This is the parties' first request for an extension of a deadline, and it is with defendants' consent. The requested extension and adjournment would not affect any other scheduled dates.

We thank the Court for considering this matter.

Respectfully,

/s/ *Peter H. Cooper*

Peter H. Cooper

cc: Defense Counsel (by ECF)

Granted.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

November 4, 2020