UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS DOMENICH and
VICTOR VALVERDE,

                Plaintiffs,

- against -

KEYSTONE MANAGEMENT, INC., and
BELMONT VENTURES, LLC,

                Defendants.

Case No.: 19 CV 8353
          (PAE)(GWG)

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Keystone Management, Inc., and Belmont Ventures, LLC's (collectively, "Defendants"), having offered to allow Plaintiffs Luis Domenich and Victor Valverde ("Plaintiffs") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated October 30, 2020 and filed as Exhibit "A" to Docket Number 28;

**WHEREAS**, on November 9, 2020, Plaintiffs' attorneys having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Docket 28);

It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiffs in the amount of thirty thousand dollars ($30,000.00), and the clerk is directed to close the case.

Dated: New York, New York
       November 9, 2020

                                                  _Paul A. Engelmayer_, D.J.